WILKINSON, Circuit Judge,
dissenting from the denial of panel rehearing:
I vote to grant panel rehearing and would promptly affirm the district court’s denial of class certification in this case. Inasmuch as the panel majority declines to do this, the central issue is best settled, if not in this action, then sometime soon, by the Supreme Court of the United States. To have the centralized delegation of discretion to 500 middle managers across the country expose a company to a nationwide class action seems to me so contrary to the Court’s Wal-Mart decision as to whittle it down to near meaninglessness. I do not intend to repeat the points set forth in my dissenting opinion other than to note that the evisceration of Wal-Mart marks no more than the beginning of the problems in class action litigation generated by the majority’s decision.